# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF MICHIGAN

In Re:     GLENN R. UNDERWOOD,

|                              |                                      |
|------------------------------|--------------------------------------|
| **Debtor**                   | Case No. 06-55754-TJT                |
| _____ /    | Chapter 11                           |
|                              | Hon. Thomas J. Tucker                |
| **GLENN R. UNDERWOOD,**      | Adv. Proc. No. <u>14 4966</u>        |

**Plaintiff/Debtor**

v.

**PATRICIA SELENT, LYNDA CARTO,
D. JEANETTE (SULLIVAN) UNDERWOOD,
JULIA SNEAD, THOMAS UNDERWOOD,
JANE (ANGELA) STAEBELL, and
JULIE ANN McCARVER,**

**Creditors/Defendants**

**GENE KOHUT,**

**Liquidating Agent/Defendant**

_____/

| Patricia Selent, Defendant | Lynda Carto, Defendant | Julia Snead, Defendant |
|---|---|---|
| P. O. Box 386 | 9071 Seaver Court | 3990 E. Antelope Rd. |
| Davisburg, MI  48350 | Grand Blanc, MI  48439 | Eagle Point, OR  97524 |
| (248) 625-5548 | (810) 695-3793 | |

| D. Jeanette (Sullivan) Underwood, Defendant | Thomas Underwood, Defendant |
|---|---|
| 79-385 Toronja | 79-385 Toronja |
| La Quinta, CA  92253 | La Quinta, CA  02253 |
| (760) 899-6032 | (831) 758-1188 |

| Julie Ann McCarver, Defendant | Jane (Angela) Staebell, Defendant |
|---|---|
| 3107 Sedgeborough | 4020 Skyline Drive |
| Katy, TX  77449 | Evergreen, CO  80439 |
| (281) 579-6228 | (303) 674-1075 |

| Wolfson Bolton, PLLC | Atty. Gene R. Kohut, Liquidating Agent/Defendant |
|---|---|
| Scott A. Wolfson (P53194) | 21 Kercheval Ave., Suite 285 |
| 3150 Livernois, Suite 275 | Grosse Pointe Farms, MI  48236 |
| Troy, MI  48083 | (313) 886-9765 |
| (248) 247-7103 | |
| Swolfson@wolfsonbolton.com | |

## ADVERSARY COMPLAINT SUPPLEMENT

NOW COMES Glenn R. Underwood, Plaintiff/Debtor (Debtor), *In Pro Per*, and pursuant to

U.S. Bankruptcy Rule 7012.13 and 28 U.S.C. Section 157, supplements his Adversary Complaint filed

September 9, 2014 with the following:

Debtor states that the allegations contained in Counts I, II, III and IV, Paragraphs 83-110,

respectively, are deemed by debtor to be "core proceedings", since the alleged claims

substantially affect the debtor/creditor relationship.

Respectfully Submitted,

Date: <u>October 7, 2014</u>

Glenn R. Underwood, *In Pro Per*
Debtor/Plaintiff
P. O. Box474, Clarkston, MI  48347
(248) 625-4599  /  (248) 762-5304 Cell

2

In Re:     GLENN R. UNDERWOOD,

                         **Debtor**                                     Case No. 06-55754-TJT
_____/                     Chapter 11
                                                                        Hon. Thomas J. Tucker

GLENN R. UNDERWOOD,                                     Adv. Proc. No. <u>14 4966</u>

                         **Plaintiff/Debtor**

v.

PATRICIA SELENT, LYNDA CARTO,
D. JEANETTE (SULLIVAN) UNDERWOOD,
JULIA SNEAD, THOMAS UNDERWOOD,
JANE (ANGELA) STAEBELL, and
JULIE ANN McCARVER,

                         **Creditors/Defendants**

GENE KOHUT,

                         **Liquidating Agent/Defendant**
_____/

FILED
2014 OCT -7 P 2: 44
U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

| | | |
|---|---|---|
| Patricia Selent, Defendant<br>P. O. Box 386<br>Davisburg, MI 48350<br>(248) 625-5548 | Lynda Carto, Defendant<br>9071 Seaver Court<br>Grand Blanc, MI 48439<br>(810) 695-3793 | Julia Snead, Defendant<br>3990 E. Antelope Rd.<br>Eagle Point, OR 97524 |

D. Jeanette (Sullivan) Underwood, Defendant          Thomas Underwood, Defendant
79-385 Toronja                                                       79-385 Toronja
La Quinta, CA 92253                                              La Quinta, CA 02253
(760) 899-6032                                                      (831) 758-1188

Julie Ann McCarver, Defendant                            Jane (Angela) Staebell, Defendant
3107 Sedgeborough                                              4020 Skyline Drive
Katy, TX 77449                                                     Evergreen, CO 80439
(281) 579-6228                                                     (303) 674-1075

Wolfson Bolton, PLLC                                          Atty. Gene R. Kohut, Liquidating Agent/Defendant
Scott A. Wolfson (P53194)                                     21 Kercheval Ave., Suite 285
3150 Livernois, Suite 275                                       Grosse Pointe Farms, MI 48236
Troy, MI 48083                                                     (313) 886-9765
(248) 247-7103
Swolfson@wolfsonbolton.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2014, served copies as follows:

1. Documents served:

    a) Adversary Complaint Supplement.


    Certificate of Service.

2. Served upon:

Patricia Selent
P. O. Box 386
Davisburg, MI 48350

Lynda Carto
9071 Seaver Court
Grand Blanc, MI 48439

Julia Snead
3990 E. Antelope Rd.
Eagle Point, OR 97524

D. Jeanette (Sullivan) Underwood
79-385 Toronja
La Quinta, CA 92253

Thomas Underwood
79-385 Toronja
La Quinta, CA 02253

Jane (Angela) Staebell
4020 Skyline Drive
Evergreen, CO 80439

Julie Ann McCarver
3107 Sedgeborough
Katy, TX 77449

Wolfson Bolton, PLLC
Scott A. Wolfson
3150 Livernois, Suite 275
Troy, MI 48083

Attorney Gene R. Kohut
21 Kercheval Ave., Suite 285
Grosse Pointe Farms, MI 48236

3. By **First Class Mail**.

Date: **October 7, 2014**

_Mary L. Underwood_
Mary L. Underwood

2