UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re | Case No. 4:15−cv−10155−LVP−RSW |
| Glenn Richard Underwood, | Hon. Linda V. Parker |
| | Magistrate Judge  R. Steven Whalen |

**NOTICE OF RECEIPT OF BANKRUPTCY APPEAL**

Pursuant to the Bankruptcy Rules, notice is hereby given that a Bankruptcy Appeal was received on 1/14/2015 and assigned the case number and judicial officers as noted above.

The bankruptcy court case number is 06−55754.

The adversary proceeding number is 14−4966.

Dated:   January 15, 2015

**Certificate of Service**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

DAVID J. WEAVER, CLERK OF COURT

By: s/V. Lung
    Deputy Clerk